U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR - 7 2018

TONY R. MOORE, CLERK
BY: _____ MB _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

FRANCES BREAUX                    CIVIL ACTION 2:16-CV-00702

VERSUS                           JUDGE JAMES T. TRIMBLE, JR.

CAROLYN W. COLVIN,               MAGISTRATE JUDGE PEREZ-MONTES
COMMISSIONER

---

# J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Breaux's social security appeal is **DENIED AND DISMISSED** with prejudice.

**THUS ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana on this _7th_ day of March, 2018.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE